William C. Dresser  #104375
Richard Swenson    #221586
4 North Second Street, Suite 1230
San Jose, CA 95113-1307
Tel:    408\279-7529
Fax:   408\298-3306

Attorneys for Plaintiff
Landmark Home Mortgage, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Landmark Home Mortgage, Inc., | Action No. 07-CV-04654-HRL |
| Plaintiff, | Demand for Trial by Jury |
| vs. | |
| Guillermo Flores, Alvin Silbernagel, Atlas Financial Services, Inc. dba Atlas Financial Services and Atlas Realty, Bertha Moreno, Jose Arrellano, Robert W. Peterson, individually and dba Peterson Appraisal Group, and Does 1 through 50, | |
| Defendants. | |

Plaintiff Landmark Home Mortgage, Inc. hereby demands trial by jury.

Dated: September 21, 2007

_____/s/_____
William C. Dresser
Attorneys for Plaintiff
Landmark Home Mortgage, Inc.

Land-Flo\Pld\DemandJr.921