Landmark v Flores, et al
U.S. Dist Ct. N.D. Cal, Action No. 07-CV-04654-HRL

<u>PROOF OF SERVICE BY MAIL</u>
(Certification/Declaration under Penalty of Perjury)

    I am employed in the County of Santa Clara, California. I am over the age of 18 years and am not a party to the within action. My business address is:

Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, CA 95113-1307
(408) 279-7529

    On the below referenced date I served the within:

Demand for Trial by Jury

on interested parties in said action, by placing a true and correct copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail, at San Jose, California, addressed as follows:

| | |
|---|---|
| Roger Dean Wintle<br>The Heritage Law Group<br>99 Almaden Blvd., Suite 710<br>San Jose, CA 95113<br>Tel: 408\925-0146<br>Fax: 408\993-2101<br>rdw@hlgusa.com<br>Attorneys for Defendants<br>Jose Alfredo Arrellano and<br>Bertha Moreno | Atlas Financial Services, Inc. dba Atlas Financial Services<br>2020 South Bascom Avenue, Suite C,<br>Campbell, California 95008 |

Alvin Silbernagel
Atlas Financial Services
2020 South Bascom Avenue, Suite C,
Campbell, California 95008

    I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed by me on September 21, 2007, at San Jose, California.

                        /s/
                     Marzella Philip

Land-Flo\Pld\Federal\POSMail.921