1 | William C. Dresser  #104375
  | Richard Swenson    #221586
2 | 4 North Second Street, Suite 1230
  | San Jose, CA 95113-1307
3 | Tel:   408\279-7529
  | Fax:  408\298-3306
4 |
  | Attorneys for Plaintiff
5 | Landmark Home Mortgage, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Landmark Home Mortgage, Inc.,

    Plaintiff,

vs.

Guillermo Flores, Alvin Silbernagel, Atlas Financial Services, Inc. dba Atlas Financial Services and Atlas Realty, Bertha Moreno, Jose Arrellano, Robert W. Peterson, individually and dba Peterson Appraisal Group, and Does 1 through 50,

    Defendants.
_____/

Action No. 07-CV-04654-HRL

Proof of Service of Summons on Bertha Moreno

See attached.

Dated: September 25, 2007

                                  _/s/ Richard Swenson_
                                  Richard Swenson
                                  Attorneys for Plaintiff
                                  Landmark Home Mortgage, Inc.

Land-Flo\Pld\POScvrBM.925

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| William C. Dresser, SB 104375<br>4 North Second Street, Suite 1230<br>San Jose, CA 95113-1307<br>TELEPHONE NO.: 408-279-7529   FAX NO. (Optional): 408-298-3306<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Civil Division

PLAINTIFF/PETITIONER: Landmark Home Mortgage, Inc.

DEFENDANT/RESPONDENT: Guillermo Flores, Alvin Silbernagel, Atlas Financial, et al

CASE NUMBER: 1-07-CV-090658
FED. CT# 07-CV-04654-HRL

PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*:
      Statement of Damages, Notice
3. a. Party served (specify name of party as shown on documents served):
      Bertha Moreno

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   1653 Tierra Buena Drive, San Jose, CA 95121
5. I served the party (check proper box)
   a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):   (2) at (time):
   b. [✓] by substituted service. On (date): 8/6/07   at (time): 5:25 p.m. I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3): Bertha Hernandez, co-resident

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [✓] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):   from (city):   or [✓] a declaration of mailing is attached.

      (5) [✓] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

www.accesslaw.com

| PLAINTIFF/PETITIONER: Landmark Home Mortgage, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Guillermo Flores, Alvin Silbernagel, et al | 1-07-CV-090658 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*              (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                         ☐ other:

7. **Person who served papers**
   a. Name: Donna McLean
   b. Address: 4 North Second Street, Suite 1230, San Jose, CA 95113
   c. Telephone number: 408\279-7529
   d. **The fee** for service was: $
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 9/25/07

Donna McLean                                          *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

William C. Dresser  #104375
Richard Swenson    #221586
4 North Second Street, Suite 1230
San Jose, CA 95113-1307
Tel:   408\279-7529
Fax:   408\298-3306

Attorneys for Plaintiff
Landmark Home Mortgage, Inc.

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| Landmark Home Mortgage, Inc., | No. 1-07-CV-090658 |
| Plaintiff, | Declaration of Donna McLean Re: Service of Summons, First Amended Complaint, Statement of Damages Upon Bertha Moreno |
| vs. | |
| Guillermo Flores, Atlas Financial Services, and Does 1 through 50, | |
| Defendants. | |

I, DONNA MCLEAN, declare:

On August 6, 2007, at approximately 5:25 p.m., I arrived at the known residence of Bertha Moreno, which is 1653 Tierra Buena Drive, San Jose, California, 95121. When I approached the door I heard an adult female voice speaking to someone else. I knocked on the door. A young girl, approximate age 11 years old, answered the door. I asked for Bertha Moreno. She stated to me "she does not live here." I asked her if an adult was at the home. She told me, "yes, my mother is home." I asked if I could speak with her. She told me, "she is in the shower." I told her I would wait. I waited on the front porch for approximately 5 to 6 minutes. At that time, a woman, approximate age 30 to 35 came to the door. I told her I was looking for Bertha Moreno. She told me, "she doesn't live here." I then asked her what her name was and she told me her name was Bertha Hernandez. She asked me if I wanted her to call Bertha Moreno. I told her yes. I then took a photo of her as she turned to leave. She left for approximately 3 to 4 minutes and returned. I told

---

1. her that the residence is listed as owner occupied and does she know where I could
2. locate Bertha Moreno. She then told me that "she lives here." I told her that "you just
3. told me she doesn't live here." She then told me, "she does live here." At that point,
4. another woman pulled up in a vehicle, with a hispanic male. They exited the vehicle and
5. immediately approached me. I asked her if she was Bertha Moreno. She said, "no, who
6. are you?" I told her that I was from a law firm and that I had some documents for Ms.
7. Moreno. She told me, "she doesn't live here." I told her that I just went through this with
8. Ms. Hernandez. They both then spoke to each other in Spanish. Then Ms. Hernandez
9. told me that, "she does live here." Then, the male took 2 steps towards me and said
10. something in Spanish to Bertha Hernandez. I asked the other woman what her name
11. was and she told me that her name was Graciela Moreno. I then took a photo of Ms.
12. Graciela Moreno. The male took one more step towards me and I asked where Bertha
13. Moreno was. Bertha Hernandez told me that she would be there at 8:00 p.m. and that I
14. could come back. At that point, they all started speaking in Spanish to each other. I
15. stated to all of them that I would be calling the police department for a civil standby so
16. that they could help me get to the bottom of this situation. As soon as I finished the
17. statement, the male immediately left the premises. I then told Ms. Hernandez that the
18. documents that I had were for Bertha Moreno. I was substitute serving the documents on
19. her as an adult who lives in the home, and that we would serve another copy via US mail
20. to Bertha Moreno at that residence. I then left the premises at approximately 5:51 p.m.
21. Dated: August 6, 2007
22.
23. _____
24. Donna McLean
25.
26. Land-Flo\mem\DeclDon.924
27.
28.

Landmark Home Mortgage, Inc. v. Flores, et al; Santa Clara Superior Court No.
Declaration of Due Diligence

2

Case: 1-07-CV-090658
Action No.:

PROOF OF SERVICE BY MAIL
(Certification/Declaration under Penalty of Perjury
Code of Civil Procedure Sections 1005, 1012, 1013, 1013a, 2015.5)

I am employed in the County of Santa Clara, California. I am over the age of 18 years and am not a party to the within action. My business address is:

Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, CA 95113-1307
(408) 279-7529

On the below referenced date I served the within: First Amended Summons, Statement of Damages, Civil Lawsuit Notice, Civil Case Cover Sheet, and Complaint.

on interested parties in said action, by placing a true and correct copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail, at San Jose, California, addressed as follows:

Bertha Moreno
1653 Tierra Buena Dr
San Jose, CA 95121

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed by me on August 7, 2007 at San Jose, California.

Nikolaus W. Reed

Land-Flo\pld\BMPoS.807