1  William C. Dresser #104375
   Richard Swenson    #221586
2  4 North Second Street, Suite 1230
   San Jose, CA 95113-1307
3  Tel:    408\279-7529
   Fax:    408\298-3306
4
   Attorneys for Plaintiff
5  Landmark Home Mortgage, Inc.

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8
                         SAN JOSE DIVISION
9

10
   Landmark Home Mortgage, Inc.,           Action No. 07-CV-04654-HRL
11
              Plaintiff,                   Proof of Service of Summons on Jose
12                                         Alfredo Arrellano
         vs.
13
   Guillermo Flores, Alvin Silbernagel, Atlas
14 Financial Services, Inc. dba Atlas
   Financial Services and Atlas Realty,
15 Bertha Moreno, Jose Arrellano, Robert
   W. Peterson, individually and dba
16 Peterson Appraisal Group, and Does 1
   through 50,
17
              Defendants.
18  _____/

19 See attached.

20

21 Dated: September 25, 2007

22                                         Richard Swenson
                                           Attorneys for Plaintiff
23                                         Landmark Home Mortgage, Inc.

24 Land-Flo\Pld\POScvrJA.925

25

26

27

28
   _____
   Landmark Home Mortgage, Inc. v. Flores, et al; US Dist Ct, N.D. Cal. 07-CV-04654-HRL
                                    x                                            1

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| William C. Dresser, SB 104375<br>4 North Second Street, Suite 1230<br>San Jose, CA 95113-1307 | |

TELEPHONE NO.: 408-279-7529   FAX NO. (Optional): 408-298-3306
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Civil Division

PLAINTIFF/PETITIONER: Landmark Home Mortgage, Inc.

DEFENDANT/RESPONDENT: Guillermo Flores, Alvin Silbernagel, Atlas Financial, et al

CASE NUMBER:
1-07-CV-090658
Fed Ct. # 07-CV-04654-HRC

Ref. No. or File No.:

**PROOF OF SERVICE OF SUMMONS**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✔] summons
   b. [✔] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✔] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✔] other *(specify documents):*
      Statement of Damages, Notice
3. a. Party served (specify name of party as shown on documents served):
      Jose Alfredo Arrellano

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   3292 Coto Court, San Jose, California 95148
5. I served the party (check proper box)
   a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):           (2) at (time):
   b. [✔] by substituted service. On (date): 8/15/07   at (time): 11:15 a.m I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3): Marcella Arrellano (Mother)

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [✔] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [✔] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):           from (city):              or [✔] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

www.accesslaw.com

| PLAINTIFF/PETITIONER: Landmark Home Mortgage, Inc. | CASE NUMBER: 1-07-CV-090658 |
|---|---|
| DEFENDANT/RESPONDENT: Guillermo Flores, Alvin Silbernagel, et al | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:
     ☐ 416.10 (corporation)        ☐ 415.95 (business organization, form unknown)
     ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
     ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
     ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)
     ☐ 416.50 (public entity)   ☐ 415.46 (occupant)
                                          ☐ other:

7. **Person who served papers**
   a. Name: Nikolaus W. Reed
   b. Address: 4 North Second Street, Suite 1230, San Jose, CA 95113
   c. Telephone number: 408\279-7529
   d. **The fee** for service was: $
   e. I am:
     (1) ☑ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☐ a registered California process server:
       (i) ☐ owner ☐ employee ☐ independent contractor.
       (ii) Registration No.:
       (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 9/25/07

Nikolaus W. Reed                    ▶
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)          (SIGNATURE)

1  Landmark v. Flores, et al
   Santa Clara County Superior Court
2  Case: 1-07-CV-090658

3
                    PROOF OF SERVICE BY MAIL
4          (Certification/Declaration under Penalty of Perjury)

5     I am employed in the County of Santa Clara, California. I am over the age of 18
   years and am not a party to the within action. My business address is:
6
                    Law Offices of William C. Dresser
7                   4 North Second Street, Suite 1230
                    San Jose, CA 95113-1307
8                   (408) 279-7529

9     On August 15, 2007, I completed substituted service of the:

10 Summons, Complaint, Civil Case Cover Sheet, Notice, and Statement of Damages

11 on Jose Alfredo Arrellano, by placing a true and correct copy thereof, enclosed in a sealed
   envelope with postage thereon fully prepaid, in the United States Mail, at San Jose,
12 California, addressed as follows:

13 Jose Alfredo Arrellano
   3292 Coto Court, San Jose, California
14 95148

15

16    I declare under penalty of perjury that the foregoing is true and correct and that this
   Declaration was executed by me on August 15, 2007, at San Jose, California.
17

18
                    _____
                    Nikolaus W. Reed
19

20
   Land-Flo\pld\PoSJose.815
21

22

23

24

25

26

27

28