William C. Dresser #104375
Richard Swenson   #221586
4 North Second Street, Suite 1230
San Jose, CA 95113-1307
Tel:   408\279-7529
Fax:   408\298-3306

Attorneys for Plaintiff
Landmark Home Mortgage, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Landmark Home Mortgage, Inc., | Action No. 07-CV-04654-HRL |
| Plaintiff, | Proof of Service of Summons on Alvin Silbernagel dba Atlas Financial Services |
| vs. | |
| Guillermo Flores, Alvin Silbernagel, Atlas Financial Services, Inc. dba Atlas Financial Services and Atlas Realty, Bertha Moreno, Jose Arrellano, Robert W. Peterson, individually and dba Peterson Appraisal Group, and Does 1 through 50, | |
| Defendants. | |

See attached.

Dated: September 26, 2007

Richard Swenson
Attorneys for Plaintiff
Landmark Home Mortgage, Inc.

Land-Flo\Pld\POScvrAt.926

---

Landmark Home Mortgage, Inc. v. Flores, et al; US Dist Ct, N.D. Cal. 07-CV-04654-HRL
Proof of Service Cover Sheet for Atlas Financial Services                             1

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| William C. Dresser, SB 104375<br>4 North Second Street, Suite 1230<br>San Jose, CA 95113-1307<br>TELEPHONE NO.: 408-279-7529  FAX NO. (Optional): 408-298-3306<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Civil Division

PLAINTIFF/PETITIONER: Landmark Home Mortgage, Inc.

DEFENDANT/RESPONDENT: Guillermo Flores, Alvin Silbernagel, Atlas Financial, et al

CASE NUMBER: 1-07-CV-090658
FED CT # 07-CV-04654-HRL

Ref. No. or File No.:

## PROOF OF SERVICE OF SUMMONS

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*:
      Statement of Damages, Civil Case Notice
3. a. Party served (specify name of party as shown on documents served):
      Alvin Silbernagel dba Atlas Financial Services

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   2020 South Bascon Avenue, Suite C, Campbell, CA  95008
5. I served the party (check proper box)
   a. [✓] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on (date): 9/25/07   (2) at (time): 4:20 p.m.
   b. [ ] by substituted service. On (date):   at (time):   I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):   from (city):   or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

www.accesslaw.com

| PLAINTIFF/PETITIONER: Landmark Home Mortgage, Inc. | CASE NUMBER: 1-07-CV-090658 |
|---|---|
| DEFENDANT/RESPONDENT: Guillermo Flores, Alvin Silbernagel, et al | |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):              (2) from (city):

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☑ as the person sued under the fictitious name of *(specify)*: Atlas Financial Services
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                        ☐ other:

7. **Person who served papers**
   a. Name: Nikolaus W. Reed
   b. Address: 4 North Second Street, Suite 1230, San Jose, CA 95113
   c. Telephone number: 408\279-7529
   d. The fee for service was: $
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner  ☐ employee  ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 9/26/07

Nikolaus W. Reed
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)         ▶  (SIGNATURE)