1  William C. Dresser  #104375
   Richard Swenson    #221586
2  4 North Second Street, Suite 1230
   San Jose, CA 95113-1307
3  Tel:   408\279-7529
   Fax:   408\298-3306
4
   Attorneys for Plaintiff
5  Landmark Home Mortgage, Inc.

6

## UNITED STATES DISTRICT COURT

7

## NORTHERN DISTRICT OF CALIFORNIA

8

## SAN JOSE DIVISION

9

10 Landmark Home Mortgage, Inc.,          Action No. 07-CV-04654-HRL
11         Plaintiff,                     Proof of Service of Summons on
                                          Guillermo Flores
12    vs.
13
   Guillermo Flores, Alvin Silbernagel, Atlas
14 Financial Services, Inc. dba Atlas
   Financial Services and Atlas Realty,
15 Bertha Moreno, Jose Arrellano, Robert
   W. Peterson, individually and dba
16 Peterson Appraisal Group, and Does 1
   through 50,
17
           Defendants.
18 _____/

19 See attached.

20

21 Dated: September 26, 2007                _____
                                            Richard Swenson
22                                          Attorneys for Plaintiff
                                            Landmark Home Mortgage, Inc.
23

24 Land-Flo\Pld\POScvrGF.926

25

26

27

28
_____
Landmark Home Mortgage, Inc. v. Flores, et al; US Dist Ct, N.D. Cal. 07-CV-04654-HRL
Proof of Service Cover Sheet for Guillermo Flores                              1

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| William C. Dresser, SB 104375<br>4 North Second Street, Suite 1230<br>San Jose, CA 95113-1307<br>TELEPHONE NO.: 408-279-7529   FAX NO. (Optional): 408-298-3306<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Civil Division

PLAINTIFF/PETITIONER: Landmark Home Mortgage, Inc.

DEFENDANT/RESPONDENT: Guillermo Flores, Alvin Silbernagel, Atlas Financial, et al

CASE NUMBER: 1-07-CV-090658
Fed CA # 07-CV-04654-HRL

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):*
      Statement of Damages, Civil Case Notice
3. a. Party served *(specify name of party as shown on documents served):*
      Guillermo Flores

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   195 Moore Drive, San Jose, CA 95113
5. I served the party (check proper box)
   a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):   (2) at (time):
   b. [✓] by substituted service. On (date): 9/26/07   at (time): 7:15 a.m   I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3): Inez Flores (co-resident)

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [✓] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):   from (city):   or [✓] a declaration of mailing is attached.

      (5) [✓] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

www.accesslaw.com

| PLAINTIFF/PETITIONER: Landmark Home Mortgage, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Guillermo Flores, Alvin Silbernagel, et al | 1-07-CV-090658 |

5.   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):                                (2) from (city):

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested.  (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                        ☐ other:

7. **Person who served papers**
   a. Name: Nikolaus W. Reed
   b. Address: 4 North Second Street, Suite 1230, San Jose, CA 95113
   c. Telephone number: 408\279-7529
   d. **The fee** for service was: $
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner  ☐ employee  ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 9/26/07

Nikolaus W. Reed
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    ▶             (SIGNATURE)

1  William C. Dresser  #104375
   Richard Swenson    #221586
2  4 North Second Street, Suite 1230
   San Jose, CA 95113-1307
3  Tel:   408\279-7529
   Fax:   408\298-3306
4
   Attorneys for Plaintiff
5  Landmark Home Mortgage, Inc.

6

7

8              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                           COUNTY OF SANTA CLARA

10  Landmark Home Mortgage, Inc.,                    No:   1-07-CV-090658

11         Plaintiff,                                Declaration of Due Diligence
                                                     of Attempted Service on
12         vs.                                       Defendant Guillermo Flores

13  Guillermo Flores, Alvin Silbernagel, Atlas Financial
    Services, Inc. dba Atlas Financial Services and Atlas
14  Realty, Bertha Moreno, Jose Arrellano, Robert W.
    Peterson, individually and dba Peterson Appraisal
15  Group, and Does 1 through 50,

16         Defendants.

17
        I am employed in the County of Santa Clara, California.  I am over the age of 18
18
    years and am not a party to the within action.  My business address is:
19
        Law Offices of William C. Dresser
20      4 North Second, Suite 1230
        San Jose, CA 95113
21      408\279-7529

22      I attempted service, of the Service of Summons, Complaint, and Statement of

23  Damages on Guillermo Flores and by the following steps on the following dates and

24  times:

25      1) On September 7, 2007 at 11:25 am, at Defendant place of home located at

26  3784 Steve Lillie Cir., Stockton, Ca 95206.  A woman answered the door and told me

27  that the house was vacant for eight months prior to her moving in at the beginning of

28  ──────────────────────────────────────────
    Landmark Home Mortgage, Inc., Plaintiff, vs. Guillermo Flores, Santa Clara County
                        Superior Court No. 1-07-CV-090658
             Declaration of Due Diligence Re: Defendant Guillermo Flores                1

1 | September.

2 |     2) On September 7, 2007 at 10:45 a.m. at Defendant home located at 6910
3 | Sumter Quay Cir., Stockton, CA 95219. No one answered the door; and
4 |     3) On September 7, 2007 at 3:45 p.m. at Defendant's home located at 6910
5 | Sumter Quay Cir., Stockton, CA 95219. No one answered the door.
6 |     4) On September 8, 2007 at 8:30 am at Defendant's home located at 6910
7 | Sumter Quay Cir., Stockton, CA 95219. No one answered the door.
8 |     I declare under penalty of perjury that the foregoing is true and correct and that
9 | this Declaration was executed by me on September 24, 2007 at San Jose, California.

_____
Marzella Philip

Land-Flo\Pld\DDDFlore.924

---

Landmark Home Mortgage, Inc., Plaintiff, vs. Guillermo Flores, Santa Clara County
Superior Court No. 1-07-CV-090658
Declaration of Due Diligence Re: Defendant Guillermo Flores     2

1  William C. Dresser  #104375
   Richard Swenson    #221586
2  4 North Second Street, Suite 1230
   San Jose, CA 95113-1307
3  Tel:  408\279-7529
   Fax:  408\298-3306
4
   Attorneys for Plaintiff
5  Landmark Home Mortgage, Inc.

6
           IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
7
                         COUNTY OF SANTA CLARA
8

9  Landmark Home Mortgage, Inc.,          No. 1-07-CV-090658

10              Plaintiff,                 Declaration of Nikolaus W. Reed Re:
                                           Service of Guillermo Flores
11       vs.

12 Guillermo Flores, Atlas Financial
   Services, and Does 1 through 50,
13
                Defendants.
14                                    /

15 I, NIKOLAUS W. REED, declare:

16      1. I attempted service on September 25, 2007 at 11:34 a.m. for Guillermo Flores

17 at 195 Moore Dr., San Jose, CA 95113. A female who identified herself as Mariana

18 Flores answered and asserted that she did not speak English. I eventually determined

19 from her that Guillermo Flores did reside there but was not home at the time.

20      2. I attempted service again on September 25, 2007 at 12:30 p.m. at 195 Moore

21 Dr. There was no answer.

22      3. I attempted service on September 26, 2007 at 7:15 a.m. at 195 Moore Dr. The

23 female who had identified herself as Mariana Flores said that Guillermo was not home

24 and was at work. I asked her for her name again and she said that her name was Inez

25 Flores. I told her that I had court papers for Guillermo Flores and asked her to give them

26 to him.

27

28
   _____
        Landmark Home Mortgage, Inc. v. Flores, et al; Santa Clara Superior Court No.
                           Declaration of Due Diligence                                  1

1  Dated: September 26, 2007

2  
3  _____
4  Nikolaus W. Reed
5  
6  Land-Flo\mem\DeclFlor.926

Case: 1-07-CV-090658

## PROOF OF SERVICE BY MAIL
(Certification/Declaration under Penalty of Perjury
Code of Civil Procedure Sections 1005, 1012, 1013, 1013a, 2015.5)

I am employed in the County of Santa Clara, California. I am over the age of 18 years and am not a party to the within action. My business address is:

Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, CA 95113-1307
(408) 279-7529

On the below referenced date I served the within:
Complaint, Summons, Civil Case Notice, Statement of Damages, and Civil Case Cover Sheet

on interested parties in said action, by placing a true and correct copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail, at San Jose, California, addressed as follows:

Guillermo Flores
195 Moore Dr., San Jose, CA 95113

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed by me on September 26, 2007 at San Jose, California.

Nikolaus W. Reed

Land-Flo\pld\PosFlo.926