William C. Dresser  #104375
Richard Swenson    #221586
4 North Second Street, Suite 1230
San Jose, CA 95113-1307
Tel:    408\279-7529
Fax:    408\298-3306

Attorneys for Plaintiff
Landmark Home Mortgage, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Landmark Home Mortgage, Inc., | Action No. 07-CV-04654-HRL |
| Plaintiff, | Rule 41(a)(1)(i) of First and Second Causes of Action only |
| vs. | |
| Guillermo Flores, et al, | |
| Defendants. _____/ | |

Plaintiff Landmark Home Mortgage, Inc. hereby dismisses pursuant to Rule 41(a)(1)(i) the first and second causes of action only pled in the "Complaint by Landmark Home Mortgage, Inc. for Damages, Injunctive Relief, and Declaratory Relief" which was initially filed in Santa Clara Superior Court action 1-07-CV-090658.  This case is hereby dismissed as to those causes of action only.  This dismissal is without prejudice to all rights and claims, if any, that the parties may have under the remaining causes of action of the Complaint or any Answer or defense thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and was executed by me on September 27, 2007, at San Jose, California.

                                                      /s/
                                           William C. Dresser

Land-Flo\Pld\Dismissa.927