# Register of Actions/Docket

## Case Information

Number: **1-07-CV-090658**
Title: **Landmark Home Mortage, Inc. Vs G. Flores, Et Al**
Category: **Other Real Property - Unlimited**
Filed: **7/26/2007**   Disposed:   Status: **Open**

## Associated Cases

## Involved Parties

| Type | Name | Disposition |
|---|---|---|
| Plaintiff | Landmark Home Mortage, Inc. | None |
| | **Attorney:** | William C. Dresser<br>William C. Dresser Law Office , 4 N. Second Street, Ste 1230, San Jose, Ca 95113-1307 |
| Defendant | Guillermo Flores | None |
| Defendant | Atlas Financial Services | None |
| Defendant | Bertha Moreno | None |
| | **Attorney:** | Roger D. Wintle<br>Heritage Law Group , 99 Almaden Boulevard, Suite 710, San Jose, Ca 95113 |
| Defendant | Jose Arrellano | None |
| | **Attorney:** | Roger D. Wintle<br>Heritage Law Group , 99 Almaden Boulevard, Suite 710, San Jose, Ca 95113 |
| Defendant | Robert W. Peterson | None |
| Indv & DBA | Peterson Appraisal Group | None |
| Defendant | Alvin Silbernagel | None |
| Defendant | Atlas Financial Service, Inc. | None |
| Doing Business As | Atlas Financial Services And Atlas Realty | None |

## Calendared Events

| Date | Time | Event Description | Result Description | By | Date | Notice Printed | Reset To | From |
|---|---|---|---|---|---|---|---|---|
| 12/18/2007 | 03:45PM | CV CMC-Case Management Conf | None | None | None | None | None | None |

## Documents

| Number-Sequence | Document Description | Filed | Ruling | Date |
|---|---|---|---|---|

| Number-Sequence | Document Description | Filed | Ruling | Date |
|---|---|---|---|---|
| 0015-000 | Cv Proof Of Svc Compl/Pet/Summons | 09/26/2007 | None | 09/26/2007 |
| | **For:** Landmark Home Mortgage, Inc. / PLT<br>**Against:** Guillermo Flores / DEF | | | |
| 0014-000 | Cv Proof Of Svc Compl/Pet/Summons | 09/26/2007 | None | 09/26/2007 |
| | **For:** Landmark Home Mortgage, Inc. / PLT<br>**Against:** Atlas Financial Services / DEF | | | |
| 0013-000 | Cv Proof Of Svc Compl/Pet/Summons | 09/26/2007 | None | 09/26/2007 |
| | **For:** Landmark Home Mortgage, Inc. / PLT<br>**Against:** Alvin Silbernagel / DEF | | | |
| 0012-000 | Cv Declaration | 09/25/2007 | None | 09/25/2007 |
| | **For:** Landmark Home Mortgage, Inc. / PLT<br>**Against:** Bertha Moreno / DEF | | | |
| 0011-000 | Cv Proof Of Svc Compl/Pet/Summons | 09/25/2007 | None | 09/25/2007 |
| | **For:** Landmark Home Mortgage, Inc. / PLT<br>**Against:** Bertha Moreno / DEF | | | |
| 0010-000 | Cv Proof Of Svc Compl/Pet/Summons | 09/25/2007 | None | 09/25/2007 |
| | **For:** Landmark Home Mortgage, Inc. / PLT<br>**Against:** Jose Arrellano / DEF | | | |
| 0009-000 | Cv Ntc:Removal To Federal Ct | 09/05/2007 | None | 09/05/2007 |
| | **For:** Bertha Moreno / DEF<br>**For:** Jose Arrellano / DEF<br>**Against:** Landmark Home Mortgage, Inc. / PLT | | | |
| 0008-000 | Cv Ntc:Removal To Federal Ct | 09/04/2007 | None | 09/04/2007 |
| | **For:** Bertha Moreno / DEF<br>**For:** Jose Arrellano / DEF | | | |
| 0007-000 | Cv First Paper Def - Unltd | 09/04/2007 | None | 09/04/2007 |
| | **For:** Bertha Moreno / DEF<br>**For:** Jose Arrellano / DEF | | | |
| 0006-000 | Cv Summons Filed | 08/03/2007 | None | 08/03/2007 |
| | **For:** Landmark Home Mortgage, Inc. / PLT<br>**Against:** Guillermo Flores / DEF<br>**Against:** Bertha Moreno / DEF<br>**Against:** Jose Arrellano / DEF<br>**Against:** Robert W. Peterson / DEF<br>**Against:** Alvin Silbernagel / DEF<br>**Against:** Atlas Financial Service, Inc. / DEF | | | |
| 0005-000 | Cv Summons Issued | 08/03/2007 | None | 08/03/2007 |
| | **For:** Guillermo Flores / DEF<br>**For:** Landmark Home Mortgage, Inc. / PLT<br>**Against:** Bertha Moreno / DEF<br>**Against:** Jose Arrellano / DEF<br>**Against:** Robert W. Peterson / DEF<br>**Against:** Alvin Silbernagel / DEF | | | |

| Number-Sequence | Document Description | Filed | Ruling | Date |
|---|---|---|---|---|
| | **Against:** Atlas Financial Service, Inc. / DEF | | | |
| 0004-000 | Cv 1st Amended Complaint | 08/03/2007 | None | 08/03/2007 |
| | **For:** Landmark Home Mortgage, Inc. / PLT<br>**Against:** Guillermo Flores / DEF<br>**Against:** Bertha Moreno / DEF<br>**Against:** Jose Arrellano / DEF<br>**Against:** Robert W. Peterson / DEF<br>**Against:** Alvin Silbernagel / DEF<br>**Against:** Atlas Financial Service, Inc. / DEF | | | |
| 0003-000 | Cv Case Cover Sheet | 07/31/2007 | None | 07/31/2007 |
| | **For:** Landmark Home Mortgage, Inc. / PLT | | | |
| 0002-000 | Cv Summons Filed | 07/26/2007 | None | 07/26/2007 |
| | **For:** Landmark Home Mortgage, Inc. / PLT<br>**Against:** Guillermo Flores / DEF<br>**Against:** Atlas Financial Services / DEF<br>**Against:** Bertha Moreno / DEF<br>**Against:** Jose Arrellano / DEF<br>**Against:** Robert W. Peterson / DEF | | | |
| 0001-000 | Cv Complaint Filed/Summs Issued | 07/26/2007 | None | 07/26/2007 |
| | **For:** Landmark Home Mortgage, Inc. / PLT<br>**Against:** Guillermo Flores / DEF<br>**Against:** Atlas Financial Services / DEF<br>**Against:** Bertha Moreno / DEF<br>**Against:** Jose Arrellano / DEF<br>**Against:** Robert W. Peterson / DEF | | | |

RETURN