

# THE HERITAGE LAW GROUP
*Responsive and Reliable Representation*

August 21, 2007

**Via US Mail**
William C. Dresser
4 North Second Street, Suite 1230
San Jose, Ca 95113-1307

Re: **Landmark Home Mortgage, Inc. v. Jose Arellano, Bertha Moreno et al.**
    Santa Clara Superior Court, Case #:1-07-CV-090658

Dear Mr. Dresser:

I am in receipt of your summons and complaint issued against Jose Arellano and Bertha Moreno. After reviewing the complaint, it appears that these state claims are based on the same facts and circumstances as the federal claim, currently filed under case #: 07-CV-00369-JF, against my clients. Since the claims form part of the same case and controversy as the federal claim, I am planning to file a motion to have the state claims removed to federal court and consolidated with the current federal claims.

In order to prevent a waste of time and resources, I am requesting that you withdraw the state claims against my clients and include these complaints with your federal claims against my clients.

If I do not hear from you within 5 days of this letter, I will proceed with my motion to remove the state claims to federal court and to have the cases consolidated with the federal claim. Please contact me at 408-925-0146.

Yours truly,

The Heritage Law Group, a P.C.

Roger D. Wintle