LAW OFFICES OF
WILLIAM C. DRESSER
4 North Second Street, Suite 1230
San Jose, CA 95113-1307
Tel 408/279-7529
Fax 408/298-3306
August 30, 2007

<u>Via fax and mail</u>
Roger Dean Wintle
The Heritage Law Group
99 Almaden Blvd., Suite 710
San Jose, CA 95113
Tel: 408\925-0146
Fax: 408\993-2101
rdw@hlgusa.com

    Re:    Landmark v. Flores, et. al.
            Santa Clara County Superior Court No. 1-07-CV-090658

Dear Mr. Wintle:

    I have reviewed your letter dated August 21, 2007. I disagree with your analysis of the claims stated in the Complaint within action as being the same as claims stated in the Cross-claim in the matter of PHH v Landmark, U.S. District Court No. 5:07-CV-00369-JF. The within action is based on a claim in which Landmark Home Mortgage, Inc. is the lender for property purchased by Mr. Flores. The PHH action is based on claims in which PHH is the lender and involves properties other than those purchased by Mr. Flores. The similarity is that your clients Jose Arellano and Bertha Moreno committed similar wrongful acts in the separate transactions.

    Your clients were contacted by Landmark, but did not act when notified that Landmark learned of their misrepresentations. The remedy is for your clients, along with responsible broker Alvin Silbernagel and Atlas, to repurchase the loans and pay to Landmark the damages sustained by Landmark. I look forward to hearing of your proposal for resolution along these terms.

    Thank you.

    Very truly yours,

    William C. Dresser

WCD/wd
cc:    Client
Land-Flo\Ltr\Wintle.830

hp officejet 4200 series #215    Personal Printer/Fax/Copier/Scanner

Log for
Law Offices Of William C Dresser
4082983306
8/30/2007 4:48PM

Last Transaction

| Date  | Time   | Type     | Identification | Duration | Pages | Result |
|-------|--------|----------|----------------|----------|-------|--------|
| 08/30 | 04:47p | Fax Sent | 9932101        | 0:24     | 1     | OK     |