THIS IS TO CERTIFY that this is a
true and correct copy of the original.
CHICAGO TITLE
by _____(signature)_____

After Recording Return To:
LANDMARK HOME MORTGAGE, INC.
2114 SENTER ROAD SUITE 11
SAN JOSE, CA 95112

Title Order No.: 06-53600433-BS
Escrow No.: 06-53600433-BS
LOAN #: 3829-005

———————————————— [Space Above This Line For Recording Data] ————————————————

## DEED OF TRUST

MIN 1002745-0000003829-5

DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.
(A) "**Security Instrument**" means this document, which is dated **APRIL 4, 2006**,     together with all Riders to this document.
(B) "**Borrower**" is GUILLERMO FLORES, AN UNMARRIED MAN.

Borrower is the trustor under this Security Instrument.
(C) "**Lender**" is LANDMARK HOME MORTGAGE, INC.

CALIFORNIA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3005 1/01    Initials: GF
© 1999-2004 Online Documents, Inc.    Page 1 of 12    CAEDEED    CAEDEDL 0402