**E-filed 10/11/07**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

LANDMARK REAL ESTATE INVESTMENTS,

    Plaintiff,

    v.

GUIERRMO FLORES,

    Defendant.
_____

No. C-07-4654-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

Due to a recent reassignment of this matter to Judge Jeremy Fogel, the Court has rescheduled the Case Management Conference currently scheduled for December 11, 2007. The new hearing date is Friday, December 14, 2007 at 10:30 AM.   The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing. All other pending dates have been vacated, to be reset by the parties before Judge Fogel.  Please contact Judge Fogel's Chambers at 408-535-5426 for available hearing dates.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 10/11/07

For the Court,
Richard W. Wieking, Clerk

Diana Munz
electronic signature
Courtroom Deputy