William C. Dresser  #104375
Richard Swenson    #221586
4 North Second Street, Suite 1230
San Jose, CA 95113-1307
Tel:    408\279-7529
Fax:    408\298-3306

Attorneys for Plaintiff
Landmark Home Mortgage, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Landmark Home Mortgage, Inc., | Action No. 07-CV-04654-JF |
| Plaintiff, | Notice of Withdrawal of Request for Sanctions in Connection with Motion to Remand |
| vs. | |
| Guillermo Flores, Alvin Silbernagel, Atlas Financial Services, Inc. dba Atlas Financial Services and Atlas Realty, Bertha Moreno, Jose Arrellano, Robert W. Peterson, individually and dba Peterson Appraisal Group, and Does 1 through 50, | Date:    November 13, 2007<br>Time:    10:00 a.m.<br>Crtrm:    2, Fifth Floor |
| Defendants. | |

Please take notice that Plaintiff Landmark Home Mortgage, Inc. hereby withdraws in connection with its motion for an Order remanding the within action to state court its request for monetary sanctions under section 1447 of Title 28.  The motion to remand itself is not withdrawn.

Dated: October 11, 2007

_____/s/_____
William C. Dresser
Attorneys for Plaintiff
Landmark Home Mortgage, Inc.

Land-Flo\Pld\WDSanctio.a11