Roger D. Wintle (SBN 142484)
Matthew J. Durket (SBN 125671)
**THE HERITAGE LAW GROUP**
99 Almaden Boulevard, Suite 710
San Jose, California 95113
Tel: (408) 993-2100

Attorney for Defendants:
Bertha A. Moreno and Jose A. Arrellano

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDMARK HOME MORTGAGE, INC.<br><br>Plaintiff,<br><br>vs.<br><br>GUILLERMO FLORES, ALVIN SILBERNAGEL, ATLAS FINANCIAL SERVICES, INC. dba ATLAS FINANCIAL SERVICES AND ATLAS REALTY, BERTHA MORENO, JOSE ARRELLANO, ROBERT W. PETERSON, individually and dba PETERSON APPRAISAL GROUP, and Does 1-through 50,<br><br>Defendants. | Case No. 07-CV-04654-JF<br><br>**NOTICE OF UNAVAILABILTY OF COUNSEL** |

TO PLAINTIFF, TO THEIR ATTORNEY OF RECORD, AND TO THE COURT:

PLEASE TAKE NOTICE that the undersigned will be unavailable to respond to any notice served or proceedings in the above-captioned matter from October 18, 2007 until returning to the office on October 30, 2007. Please note that intentionally scheduling any proceeding during this period of unavailability without good cause may be sanctioned misconduct (See Tenderloin Housing Clinic v. Sparks (1992) 8 Cal. App 4th 299, 306).

---

*Notice of Unavailability of Counsel*

Page 1

1
2
3
4
Dated: October ___10___, 2007
5
6
7                                       Respectfully Submitted,
8                                       THE HERITAGE LAW GROUP
9
10                                      _____
                                        Roger D. Wintle
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
_____
27
*Notice of Unavailability of Counsel*
28
Page 2

THE HERITAGE LAW GROUP
A PROFESSIONAL CORPORATION