1  William C. Dresser  #104375
   Richard Swenson    #221586
2  4 North Second Street, Suite 1230
   San Jose, CA 95113-1307
3  Tel:   408\279-7529
   Fax:   408\298-3306
4
   Attorneys for Plaintiff
5  Landmark Home Mortgage, Inc.

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8
                          SAN JOSE DIVISION
9

10
   Landmark Home Mortgage, Inc.,           Action No. 07-CV-04654-JF
11
              Plaintiff,                   Amended Notice of Motion for Remand
12
        vs.                                Date:    December 21, 2007
13                                         Time:    9:00 a.m.
   Guillermo Flores, Alvin Silbernagel, Atlas    Crtrm:   3, Fifth Floor
14 Financial Services, Inc. dba Atlas      Hon. Judge Jeremy Fogel
   Financial Services and Atlas Realty,
15 Bertha Moreno, Jose Arrellano, Robert
   W. Peterson, individually and dba
16 Peterson Appraisal Group, and Does 1
   through 50,
17
              Defendants.
18  _____/

19      To all defendants, including Bertha Moreno and Joe Arellano, and to their

20 Attorneys of Record:

21      NOTICE IS HEREBY GIVEN that on December 21, 2007, at 9:00 a.m, or as soon

22 thereafter as counsel may be heard in the above-identified Court, located in Courtroom 3,

23 on the Fifth Floor, at 280 South First Street, San Jose, California, Plaintiff Landmark

24 Home Mortgage, Inc. will, and hereby does, move this Court for an Order remanding the

25 within action to state court.  This is a Re-Notice of the same motion that Plaintiff

26 previously noticed for November 13, 2007 in courtroom 2.  The case, and therefore this

27 motion, has now been reassigned to the Honorable Judge Jeremy Fogel in courtroom 3.

28

1   This motion is based upon this Re-Notice of Motion, the Memorandum of Points
2   and Authorities and Declaration of William C. Dresser previously filed on this motion, all
3   pleadings, papers and files in this action, such oral and documentary evidence as may be
4   presented at the hearing, and any other factors that this Court may wish to consider.

6   Dated: October 17, 2007

\_\_\_\_\_/s/_____
William C. Dresser
Attorneys for Plaintiff
Landmark Home Mortgage, Inc.

10   Land-Flo\Pld\ReNtcRem.a17