STEVE W. DOLLAR, ESQ./SBN 104365
LIAM J. O'CONNOR, ESQ./SBN 246638
ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.
152 North Third Street, Suite 700
San Jose, CA  95112
Telephone: (408) 286-0880
Facsimile: (408) 286-0337

Attorneys for Defendant
ROBERT W. PETERSON, individually and
dba PETERSON APPRAISAL GROUP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA -SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK HOME MORTGAGE, INC., | Case No. C 07-04654 JF/HRL |
| Plaintiffs, | ANSWER OF DEFENDANT ROBERT W. PETERSON, individually and dba PETERSON APPRAISAL GROUP TO PLAINTIFF'S COMPLAINT |
| vs. | |
| GUILLERMO FLORES, ALVIN SILBERNAGEL, ATLAS FINANCIAL SERVICES, INC. dba ATLAS FINANCIAL SERVICES and ATLAS REALTY, BERTHA MORENO, JOSE ARRELLANO, ROBERT W. PETERSON, individually and dba PETERSON APPRAISAL GROUP, and Does 1through 50, | Jury Demanded |
| Defendants | |

COMES NOW DEFENDANT, ROBERT W. PETERSON, individually and dba PETERSON

APPRAISAL GROUP and answers the unverified complaint of plaintiff LANDMARK HOME

MORTGAGE, INC., as follows:

## GENERAL ALLEGATIONS

1.      This defendant is without sufficient knowledge or information to enable him to answer

the allegations in Paragraph 1 of the Complaint.

2.      This defendant is without sufficient knowledge or information to enable him to answer

the allegations in Paragraph 2 of the Complaint.

3.      This defendant admits those allegations in Paragraph 3 of the complaint to the extent that

1
ANSWER TO COMPLAINT OF LANDMARK HOME MORTGAGE, INC.

it is aware of an entity known as Atlas Realty/Atlas Financial Services which has a main office located at 2020 South Bascom Avenue, Suite C, Campbell California 95008. This defendant is without sufficient knowledge or information to enable him to answer the remainder of the allegations in Paragraph 3 of the Complaint.

4. This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 4 of the Complaint.

5. This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 5 of the Complaint.

6. This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 6 of the Complaint.

7. This defendant admits those allegations contained in Paragraph 7 of the complaint.

8. This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 8 of the Complaint.

9. This defendant admits that he prepared an appraisal report in March 2006 for a piece of real property located at 3784 Steve Lillie Circle, Stockton, CA 95206 at the request of Atlas Realty, 1653 Tierra Buena Drive, San Jose, CA. This defendant is without sufficient knowledge or information to enable him to answer any other allegations in Paragraph 9 of the Complaint.

## FIRST CAUSE OF ACTION

### (Declaratory Relief by Landmark Against Atlas)

10. This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 10 of the Complaint.

11. This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 11 of the Complaint.

12. This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 12 of the Complaint.

13. This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 13 of the Complaint.

ANSWER TO COMPLAINT OF LANDMARK HOME MORTGAGE, INC.

14.   This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 14 of the Complaint.

15.   This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 15 of the Complaint.

16.   This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 16 of the Complaint.

17.   This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 17 of the Complaint.

18.   This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 18 of the Complaint.

19.   This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 19 of the Complaint.

20.   This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 20 of the Complaint.

21.   This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 21 of the Complaint.

22.   This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 22 of the Complaint.

**SECOND CAUSE OF ACTION**

**(Breach of Contract by Landmark against Atlas)**

23.   This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 23 of the Complaint.

24.   This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 24 of the Complaint.

25.   This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 25 of the Complaint.

26.   This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 26 of the Complaint.

ANSWER TO COMPLAINT OF LANDMARK HOME MORTGAGE, INC.

27.     This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 27 of the Complaint.

28.     This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 28 of the Complaint.

29.     This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 29 of the Complaint.

## THIRD CAUSE OF ACTION

### (By Landmark for Deceit and Misrepresentation against Guillermo Flores)

30.     This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 30 of the Complaint.

31.     This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 31 of the Complaint.

32.     This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 32 of the Complaint.

33.     This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 33 of the Complaint.

34.     This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 34 of the Complaint.

35.     This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 35 of the Complaint.

36.     This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 36 of the Complaint.

37.     This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 37 of the Complaint.

38.     This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 38 of the Complaint.

///

///

ANSWER TO COMPLAINT OF LANDMARK HOME MORTGAGE, INC.

1

**FOURTH CAUSE OF ACTION**

2

**(Damages for Negligence against Atlas, Silbernagel, Arellano and Moreno)**

3  39.   This defendant is without sufficient knowledge or information to enable him to answer

4       the allegations in Paragraph 39 of the Complaint.

5  40.   This defendant is without sufficient knowledge or information to enable him to answer

6       the allegations in Paragraph 40 of the Complaint.

7  41.   This defendant is without sufficient knowledge or information to enable him to answer

8       the allegations in Paragraph 41 of the Complaint.

9  42.   This defendant is without sufficient knowledge or information to enable him to answer

10       the allegations in Paragraph 42 of the Complaint.

11  43.   This defendant is without sufficient knowledge or information to enable him to answer

12       the allegations in Paragraph 43 of the Complaint.

13

**FIFTH CAUSE OF ACTION**

14

**(Damages for Deceit and Misrepresentation against Arellano, Moreno and Peterson)**

15  44[a].   This defendant is without sufficient knowledge or information to enable him to answer

16       the allegations in Paragraph 44[a] of the Complaint.

17  44[b].   This defendant admits that he prepared an appraisal report in March 2006 for a piece of

18       real property located at 3784 Steve Lillie Circle, Stockton, CA 95206 at the request of

19       Atlas Realty, 1653 Tierra Buena Drive, San Jose, CA.  This defendant denies the

20       allegations in Paragraph 44[b] of the Complaint to the extent it alleges the appraisal

21       report overstated the value of the real property.  This defendant is without sufficient

22       knowledge or information to enable him to answer the remainder of the allegations in

23       Paragraph 44[b] of the Complaint.

24  45.   This defendant is without sufficient knowledge or information to enable him to answer

25       the allegations in Paragraph 45 of the Complaint.

26  46.   This defendant denies the allegations in Paragraph 46 of the Complaint to the extent it

27       alleges the Plaintiff sustained any legally compensable damages as a result of any alleged

28       act or omission by this defendant. This defendant also denies the allegations in Paragraph

5

46 of the Complaint to the extent that it alleges this defendant engaged in any act of deceit or made any misrepresentations. This defendant is without sufficient knowledge or information to enable him to answer the remainder of the allegations in Paragraph 46 of the Complaint.

47.    This defendant denies the allegations in Paragraph 47 of the Complaint to the extent it alleges the Plaintiff sustained any legally compensable damages as a result of any alleged act or omission by this defendant and denies that the Plaintiff is entitled to recover exemplary damages from this defendant.  This defendant also denies the allegations in Paragraph 47 of the Complaint to the extent it alleges this defendant engaged in any alleged act or omission in conscious disregard of the rights of the Plaintiff.  This defendant is without sufficient knowledge or information to enable him to answer the remainder of the allegations in Paragraph 47 of the Complaint.

### SIXTH CAUSE OF ACTION

**(Damages for Negligence against Peterson)**

48.    This defendant is without sufficient knowledge or information to enable him to answer the allegations in Paragraph 48 of the Complaint.

49.    This defendant admits that he is a licensed real estate appraiser who owes a duty of care under a negligence theory to his client. This defendant denies the allegations in Paragraph 49 of the Complaint to the extent it alleges that a real estate appraiser owes a duty of care under a negligence theory to individuals or entities other than the real estate appraiser's specific client.

50.    This defendant denies the allegations in Paragraph 50 of the Complaint and specifically denies that the appraisal he performed for the property located at 3784 Steve Lillie Circle, Stockton, CA 95206 overvalued the property and denies that the appraisal for this property was below the standard of care.

51.    This defendant denies the allegations in Paragraph 51 of the Complaint and specifically denies that the that the appraisal he performed for the property located at 3784 Steve Lillie Circle, Stockton, CA 95206 overvalued the property, denies that the appraisal for

ANSWER TO COMPLAINT OF LANDMARK HOME MORTGAGE, INC.

1   this property was below the standard of care, and denies that the Plaintiff sustained any

2   legally compensable damages as a result of any alleged act or omission by this defendant.

3   52.   This defendant denies the allegations in Paragraph 52 of the Complaint and specifically

4         denies that the appraisal he performed for the property located at 3784 Steve Lillie Circle,

5         Stockton, CA 95206 overvalued the property, denies that the appraisal for this property

6         was below the standard of care, and denies that the Plaintiff is entitled to claim exemplary

7         damages against this defendant under this cause of action or in this action in general.

8   53.   This defendant is without sufficient knowledge or information to enable him to answer

9         the allegations in Paragraph 53 of the Complaint.

10  54.   This defendant is without sufficient knowledge or information to enable him to answer

11        the allegations in Paragraph 54 of the Complaint.

12  55.   This defendant is without sufficient knowledge or information to enable him to answer

13        the allegations in Paragraph 55 of the Complaint.

14  56.   This defendant is without sufficient knowledge or information to enable him to answer

15        the allegations in Paragraph 56 of the Complaint.

16  57.   This defendant is without sufficient knowledge or information to enable him to answer

17        the allegations in Paragraph 57 of the Complaint.

18                                    **AFFIRMATIVE DEFENSES**

19                                              (1)

20                                 COMPARATIVE FAULT

21        Defendant alleges that the plaintiff was guilty of contributory fault/negligence in the

22  matters set forth in the complaint which proximately caused or contributed to the damages

23  complained of.

24                                              (2)

25                          FAILURE TO STATE A CAUSE OF ACTION

26        Defendant alleges that neither the complaint nor any cause of action in the complaint

27  states facts sufficient to substantiate a cause of action against this appearing defendant.

28  ///

ANSWER TO COMPLAINT OF LANDMARK HOME MORTGAGE, INC.

1                      (3)

2       FAILURE TO STATE A CAUSE OF ACTION FOR PUNITIVE DAMAGES

3         Defendant alleges that neither the complaint nor any cause of action in the complaint

4 states facts sufficient to substantiate a cause of action for punitive damages against this

5 defendant.

6                      (4)

7              MITIGATION OF DAMAGES

8         Defendant alleges that, on information and belief, plaintiff's alleged damages, if any there

9 were, were aggravated by the plaintiff's failure to use reasonable diligence to mitigate them.

10                     (5)

11             CO-DEFENDANT LIABILITY

12         Defendant alleges that the co-defendants, and each of them, named and unnamed in the

13 complaint, were guilty of negligence, or other acts or omissions in the matters set forth in the

14 complaint, which proximately caused or contributed to the damages or loss complained of, if any,

15 and that the Court is requested to determine and allocate the percentage of negligence attributable

16 to each of the co-defendants.

17                     (6)

18             STATUTE OF LIMITATIONS

19         Defendant alleges that the action and all causes of action are barred by the statute of

20 limitations, and more specifically set forth in California Code of Civil Procedure §§ 337, 337.1,

21 337.15, 338, 339, 340, 340.6 and 343 and each and every subdivision of the referenced statutes.

22                     (7)

23                 WAIVER

24         Defendant alleges that plaintiff has waived its right to maintain the action filed in this

25 case.

26 ///

27 ///

28 ///

ANSWER TO COMPLAINT OF LANDMARK HOME MORTGAGE, INC.

(8)

ESTOPPEL

Defendant alleges that the plaintiff is estopped by action of law or by conduct from maintaining the action filed in this case.

(9)

LACHES

Defendant alleges that the action filed in this case is not maintainable under the doctrine of laches.

(10)

UNCLEAN HANDS

Defendant alleges that the plaintiff in this case is guilty of "unclean hands" in the matters set forth in the complaint, which conduct extinguishes the right to equitable relief in this action.

(11)

PUNITIVE DAMAGES:  UNCONSTITUTIONAL

Defendant alleges that plaintiff's complaint fails to state a cause of action for punitive damages, in that claims for punitive damages in civil cases brought by private parties may be unconstitutional under both State and Federal Constitutions.

(12)

NO RELIANCE

Defendant alleges that there is no reliance by the plaintiffs on any representations, whether express or implied, alleged to have been made by this defendant.

(13)

UNREASONABLE RELIANCE

Defendant alleges that any reliance on the part of the plaintiff on any representations, express or implied, allegedly made by the defendant was unreasonable and unjustified.

///

///

///

ANSWER TO COMPLAINT OF LANDMARK HOME MORTGAGE, INC.

1    WHEREFORE, this Defendant prays that:

2    1.  The Plaintiff take nothing by way of this action;

3    2.  This Defendant be awarded attorney fees and costs of this action; and

4    3.  Such other relief as this Court may deem proper.

5    Dated:   November 7, 2007

6    ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.

7

8    _____/S/_____
     Steve W. Dollar, Esq.
9    Attorneys for Defendant
     ROBERT W. PETERSON, individually and dba
10   PETERSON APPRAISAL GROUP

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER TO COMPLAINT OF LANDMARK HOME MORTGAGE, INC.