**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Landmark Real Estate Investments, Inc., <br><br>        Plaintiff(s), <br><br>    v. <br><br>Flores, <br><br>        Defendant(s). | 07-04654 JF <br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

**Notice Re: Noncompliance With Court Order**
07-04654 JF                                              -1-

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3  to an e-mail directed to adr@cand.uscourts.gov.

5  It is the responsibility of counsel to schedule an ADR Phone Conference, if
6  required, to occur <u>before</u> the Case Management Conference.

9  Dated: December 3, 2007

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*

———————————————————
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-04654 JF                                                  -2-

**PROOF OF SERVICE**

Case Name:      Landmark Real Estate Investments, Inc. v. Flores

Case Number:    07-04654 JF

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On December 3, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   William C. Dresser
>   Attorney at Law
>   4 North Second Street
>   Suite 1230
>   San Jose, CA 95113-1307
>   loofwcd@aol.com
>
>   Richard Augustus Swenson
>   Law Offices of William Dresser
>   4 North Second Street, Suite 1230
>   San Jose, CA 95113
>   rsloofwcd@aol.com
>
>   Guillermo Flores
>   ,
>
>   Alvin C. Silbernagel
>   ,
>
>   Atlas Financial Services, Inc.
>   ,

Atlass Financial Services

,

Atlas Realty

,

Matthew J. Durket
The Heritage Law Group
Ten Almaden Boulevard
Suite 1220
San Jose, CA 95113
mjd@durketlaw.com

Roger Dean Wintle
The Heritage Law Group
99 Almaden Blvd.
Suite 710
San Jose, CA 95113
rdw@hlgusa.com

Steve W. Dollar
Ericksen, Arbuthnot, Kilduff, Day & Lind
152 No. Third Street. Suite 700
San Jose, CA 95112
nritz@eakdl.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 3, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov