STEVE W. DOLLAR, ESQ./SBN 104365
LIAM J. O'CONNOR, ESQ./SBN 246638
ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.
152 North Third Street, Suite 700
San Jose, CA  95112
Telephone: (408) 286-0880
Facsimile: (408) 286-0337

Attorneys for Defendant
ROBERT W. PETERSON, individually and
dba PETERSON APPRAISAL GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK HOME MORTGAGE, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>GUILLERMO FLORES, ALVIN SILBERNAGEL, ATLAS FINANCIAL SERVICES, INC. dba ATLAS FINANCIAL SERVICES and ATLAS REALTY, BERTHA MORENO, JOSE ARRELLANO, ROBERT W. PETERSON, individually and dba PETERSON APPRAISAL GROUP, and Does 1 through 50,<br><br>Defendants | Action No. 07-CV-04654-JF<br><br>DEFENDANT PETERSON'S INITIAL DISCLOSURES UNDER FEDERAL RULE OF CIVIL PROCEDURE 26A |

1. Under Rule 26(a)(1)(A), Robert W. Peterson, individually and dba Peterson Appraisal Group (hereinafter "Peterson"), provides the following initial disclosure of the names, addresses, telephone numbers, and subject of each individual likely to have discoverable information that Peterson may use to support its claims or defenses.  Peterson reserves its right to amend and/or supplement these initial responses.

    A. All witnesses described in the complaint, listed by the other parties to this action, or subsequently identified during discovery.

2. Under Rule 26(a)(1)(B), Peterson provides the following description by category and

location of all documents, date compilations, and tangible things that are in the possession, custody, or control of Peterson that Peterson may use to support its claims or defenses. Peterson reserves its right to amend and/or supplement these initial responses.

        A. Peterson Appraisal of 3784 Steve Lillie Circle, Stockton, California

3. Under Rule 26(a)(1)(C), Peterson is not making any claim for damages in this action at this time. Peterson reserves its right to amend and/or supplement these initial responses.

4. Under Rule 26(a)(1)(D), Peterson provides evidence of an insurance agreement in the form of a Cover Note by the Foundation of Real Estate Appraisers. This is the only responsive document currently in Peterson's possession. A true and correct copy of said Cover Note is attached hereto as Exhibit A.

Dated: December 7, 2007

ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.

_____/s/_____
Steve W. Dollar, Esq.
Liam J. O'Connor, Esq.
Attorneys for Defendant
ROBERT W. PETERSON, individually and dba
PETERSON APPRAISAL GROUP