1  William C. Dresser  #104375
   Richard Swenson    #221586
2  4 North Second Street, Suite 1230
   San Jose, CA 95113-1307
3  Tel:   408\279-7529
   Fax:   408\298-3306
4
   Attorneys for Plaintiff
5  Landmark Home Mortgage, Inc.

6
                   UNITED STATES DISTRICT COURT
7
                  NORTHERN DISTRICT OF CALIFORNIA
8
                        SAN JOSE DIVISION
9

10 Landmark Home Mortgage, Inc.,              Action No. 07-CV-04654-JF

11         Plaintiff,                         Request to Enter Default Against
                                              Defendant Alvin Silbernagel
12     vs.

13 Guillermo Flores, Alvin Silbernagel, Atlas    Date:   January 25, 2008
   Financial Services, Inc. dba Atlas            Time:   9:00 a.m.
14 Financial Services and Atlas Realty,          Crtrm:  3, Fifth Floor
   Bertha Moreno, Jose Arrellano, Robert         Hon. Judge Jeremy Fogel
15 W. Peterson, individually and dba
   Peterson Appraisal Group, and Does 1
16 through 50,

17         Defendants.
                                          /
18
                                  Motion
19
       NOTICE IS HEREBY GIVEN that on January 25, 2008, at 9:00 a.m., or as soon
20
   thereafter as counsel may be heard in the above-captioned Court, located in Courtroom
21
   3, on the Fifth Floor, at 280 South First Street, San Jose, California, Plaintiff Landmark
22
   Home Mortgage, Inc. will, and hereby does, move this Court for an Order entering default
23
   against Defendant Alvin Silbernagel.
24
       This motion is based upon this Motion, the accompanying Memorandum of Points
25
   and Authorities and all pleadings, papers and files in this action, including the Complaint,
26
   Summons, Statement of Damages, Proof of Service on Alvin Silbernagel and such oral
27
   and documentary evidence as may be presented at the hearing, and any other factors
28
   that this Court may wish to consider.

## Memorandum of Points and Authorities

Plaintiff hereby requests that the Clerk of the above-entitled Court enter default on the Complaint in this matter in favor of Plaintiff Landmark Home Mortgage, Inc. against Defendant Alvin Silbernagel on the ground that said defendant has failed to answer, appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure, or by the California Code of Civil Procedure.  Plaintiff served the Summons, Complaint, Statement of Damages as to exemplary damages, and state court Civil Case Notice on Defendant Silbernagel on September 25, 2007, as evidenced by the proof of service of summons on file with this Court.  No answer, appearance or other response has been filed or served by Defendant Silbernagel in either state or federal court, and no extensions of time to respond have been requested or granted.

Dated: December 7, 2007

\_\_\_\_\_/s/_____
William C. Dresser
Attorneys for Plaintiff
Landmark Home Mortgage, Inc.

Land-Flo\Pld\RqDftAS.c07