William C. Dresser  #104375
Richard Swenson   #221586
4 North Second Street, Suite 1230
San Jose, CA 95113-1307
Tel:    408\279-7529
Fax:    408\298-3306

Attorneys for Plaintiff
Landmark Home Mortgage, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| Landmark Home Mortgage, Inc., | Action No. 07-CV-04654-JF |
| Plaintiff, | [Proposed] Default by Clerk Against Defendant Guillermo Flores |
| vs. | [Request to Enter Default filed concurrently herewith] |
| Guillermo Flores, Alvin Silbernagel, Atlas Financial Services, Inc. dba Atlas Financial Services and Atlas Realty, Bertha Moreno, Jose Arrellano, Robert W. Peterson, individually and dba Peterson Appraisal Group, and Does 1 through 50, | Crtrm: 3, Fifth Floor<br>Hon. Judge Jeremy Fogel |
| Defendants. | |

_____/

To the Court, Defendants and their Attorneys of Record:

It appearing from the Court's file in the above entitled action that summons has been served upon Defendant Guillermo Flores on September 26, 2007, and that said Defendant has failed to plead or otherwise defend in said action as directed in said summons and as provided in the Federal Rules of Civil Procedure, now, therefore, on request of counsel, the Default of Defendant Guillermo Flores is hereby entered.


Dated: _____

                                    _____
                                    Deputy Clerk

Land-Flo\Pld\OrdDftGF.c07