1

William C. Dresser  #104375
Richard Swenson    #221586

2

4 North Second Street, Suite 1230
San Jose, CA 95113-1307

3

Tel:    408\279-7529
Fax:    408\298-3306

4

5

Attorneys for Plaintiff
Landmark Home Mortgage, Inc.

6

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

SAN JOSE DIVISION

10

Landmark Home Mortgage, Inc.,                    Action No. 07-CV-04654-JF

11

　　　　　　Plaintiff,                                     [Proposed] Default by Clerk Against
                                                                   Defendant Alvin Silbernagel

12

　　　　vs.
                                                                   [Request to Enter Default filed

13

Guillermo Flores, Alvin Silbernagel, Atlas     concurrently herewith]
Financial Services, Inc. dba Atlas

14

Financial Services and Atlas Realty,             Crtrm: 3, Fifth Floor
Bertha Moreno, Jose Arrellano, Robert         Hon. Judge Jeremy Fogel

15

W. Peterson, individually and dba
Peterson Appraisal Group, and Does 1

16

through 50,

17

　　　　　　Defendants.

18

_____/

19

　　　　To the Court, Defendants and their Attorneys of Record:

20

　　　　It appearing from the Court's file in the above entitled action that summons has

21

been served upon Defendant Alvin Silbernagel on September 25, 2007, and that said

22

Defendant has failed to plead or otherwise defend in said action as directed in said

23

summons and as provided in the Federal Rules of Civil Procedure, now, therefore, on

24

request of counsel, the Default of Defendant Alvin Silbernagel is hereby entered.

25

Dated: _____

26

　　　　　　　　　　　　　　　　_____
                                                 Deputy Clerk

27

Land-Flo\Pld\OrdDftAS.c07

28