ROGER D. WINTLE - (State Bar #142484)
THE HERITAGE LAW GROUP
99 Almaden Boulevard, Suite 710
San Jose, California 95113
Telephone: (408) 925-0146
Facsimile: (408) 923-2100
Email: rdw@hlgusa.com

Attorneys for Cross – Defendant:
JOSE ALFREDO ARELLANO AND
BERTHA MORENO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDMARK HOME MORTGAGE, INC.<br><br>Plaintiff,<br><br>Vs.<br><br>GUILLERMO FLORES, ALVIN SIBLERNAGEL, INC. dba ATLAS FINANCIAL SERVICES and ATLAS REALTY, BERTHA MORENO, JOSE ARELLANO, ROBERT W. PETERSON, individually and dba PETERSON APPRAISAL GROUP, and Does 1 through 50,<br><br>Defendants. | Case No. 07-CV-04654-JF<br><br>**DEFENDANTS, JOSE ALFREDO ARELLANO AND BERTHA MORENO, JOINT INITIAL DISCLOSURES [FRCP RULE 26(a)(1)]** |

Pursuant to Federal Rules of Civil Procedure Rule 26(a)(1), Defendant JOSE ALFREDO ARELLANO ("ARELLANO") and BERTHA MORENO (MORENO) hereby make the following joint disclosures:

**A. Individuals likely to have discoverable information.**

1. Jose Alfredo Arellano, Atlas Financial Services, is party affiliated and may be contacted through counsel. He is knowledgeable about certain loans entered into by and between

Landmark Home Mortgage, Inc. ("Landmark") and certain borrower defendants named in this suit.

2. Bertha Alicia Moreno, Atlas Financial Services, is party affiliated and may be contacted through counsel. She is knowledgeable about certain loans entered into by and between Landmark and certain borrower defendants named in this suit.

3. All individuals described in the complaint, listed by other parties to this action, or subsequently identified during the course of discovery may have discoverable information relevant to Arellano and Moreno's claims and defenses.

4. Pursuant to Federal Rule 26 (e), Arellano and Moreno will supplement this list of individuals likely to have discoverable information as it becomes aware of the identities of additional persons during discovery.

**B. Documents in Arellano's possession, custody, or control that may be used to support Moreno's claims, counter-claims or defenses.**

The files for Guillermo Flores, cross-defendant named in this matter, which were kept in the ordinary course of business by the broker for Arellano and Moreno.

Pursuant to Federal Rule 26 (e), Arellano and Moreno will supplement this list of documents as additional documents come to Arellanoa and Moreno's attention through a further search of his or her records or through discovery in this case.

**C. Computation of damages.**

Other than attorney's fees and costs which might be obtained by Arellano and Moreno in defending this action, Arellano and Moreno are unaware of any other damages at this time. Arellano

---

*Defendant Jose Alfredo Arellano's Initial Disclosure –*
*U.S. Dist. Ct. ND CAL Case #07-CV-04654-JF*

THE HERITAGE LAW GROUP
A PROFESSIONAL CORPORATION

and Moreno reserve the right to disclose at the appropriate time the computation of his or her claims for attorney's fees and costs.

D. **Applicable insurance agreements.**

Arellano and Moreno are unaware of any applicable or available insurance at this time. They have filed a claim through their broker Alvin Silbernagel of Atlas Financial Services to Superior Claim Services, LLC, claim no RE-08-07-000027, policy number REO-2003988-03, which has not been approved. Whether insurance coverage is available to either Arellano and/or Moreno is still being investigated by the claims adjuster, Jaime Macial. Pursuant to Federal Rule 26 (e), Arellano and Moreno will supplement his initial disclosures as, and if, other information becomes available.

Dated: 12/11/07

Respectfully Submitted,

THE HERITAGE LAW GROUP

Roger D. Wintle
Attorneys for Defendant:
JOSE ALFREDO ARELLANO and
BERTHA MORENO