William C. Dresser  #104375
Richard Swenson    #221586
4 North Second Street, Suite 1230
San Jose, CA 95113-1307
Tel:   408\279-7529
Fax:   408\298-3306

Attorneys for Plaintiff
Landmark Home Mortgage, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Landmark Home Mortgage, Inc., | Action No. 07-CV-04654-JF |
| Plaintiff, | Declaration of William C. Dresser in Support of Reply Memorandum of Points and Authorities in Support of Plaintiff's Motion for Remand |
| vs. | |
| Guillermo Flores, Alvin Silbernagel, Atlas Financial Services, Inc. dba Atlas Financial Services and Atlas Realty, Bertha Moreno, Jose Arrellano, Robert W. Peterson, individually and dba Peterson Appraisal Group, and Does 1 through 50, | Date:   December 21, 2007<br>Time:   9:00 a.m.<br>Crtrm:  3, Fifth Floor |
| Defendants.                                 / | |

I, William C. Dresser, declare that:

1. I am an attorney at law, duly authorized to practice in the State of California, and am the attorney of record for Plaintiff Landmark Home Mortgage, Inc. in the within action;

2. The following is stated of my own personal knowledge, and if called to testify can and would testify competently thereto;

3. Robert W. Peterson, individually and dba Peterson Appraisal Group initially sought to file his responsive pleading in state court. Attached hereto as Exhibit A is a true and correct copy of the October 24, 2007 dated and served Answer to Complaint on

1  behalf of Defendant Robert W. Peterson, individually and dba Peterson Appraisal Group,
2  for filing in Santa Clara Superior Court action 1-07-CV-090658.
3      I declare under penalty of perjury that the foregoing is true and correct and that this
4  Declaration was executed by me on December 12, 2007 at San Jose, California.

6          _____/s/_____
            William C. Dresser
7  Land-Flo\Pld\DecWCD.c12