UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Landmark Home Mortgage, Inc.

              Plaintiff(s),

v.

Guillermo Flores, et al

              Defendant(s).
_____/

Case No. 07-4654 JF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/12/07

                                                                                   [Party]

Dated: 12/12/07

                                                                                  [Counsel]