UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, December 21, 2007
**Case Number:** CV-07-4654-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | LANDMARK REAL ESTAE INVESTMENTS, ET AL  V.  GUILLERMO FLORES, ET AL |
|---|---|
| | PLAINTIFF                                   DEFENDANT |

**Attorneys Present:** William Dresser       **Attorneys Present:** Roger Wintle, Rob Dakan, Benjamin Emmert

PROCEEDINGS:
Hearing on Motion to Remand held.  Parties are present.  The motion is taken under submission.  The case management conference is not held.