*E-filed 1/30/08*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHH MORTGAGE CORP. | Case No. C07-00369 HRL |
| Plaintiff, | |
| v. | **CLERK'S NOTICE**<br>**Re: Settlement Conference** |
| LANDMARK REAL ESTATE INVESTMENTS, INC., et al. | |
| Defendants. | |
| AND RELATED CROSS-ACTION    / | |

PLEASE TAKE NOTICE THAT a further Settlement Conference is scheduled for February 4, 2008 at 9:30 a.m. in Courtroom 2, 280 South First Street, San Jose. *See* 12/6/07 Civil Minute Order [Docket No. 160].

Each party shall submit to Judge Lloyd by 12:00 p.m. on February 1, 2008 (Friday) a letter or short statement updating him on any settlement developments. Submission by facsimile is acceptable (408-535-5410). Otherwise, parties shall promptly lodge the documents with the Clerk's office, Room 2112, at the courthouse in San Jose in a sealed envelope marked "Settlement Conference Documents, Attn: Magistrate Judge Lloyd."

Dated: 1/30/08                                           /s/ KRO
                                              Chambers of Magistrate Judge Howard R. Lloyd

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Ronald Zigmond Berki rzberkilaw@sbcglobal.net

Robin D. Dakan pushpa@mlfn.net

William C. Dresser loofwcd@aol.com

Matthew J. Durket mjd@durketlaw.com

Marc Alan Eisenhart mae@gedlaw.com, anita@gedlaw.com

Suzanne M Hankins smh@severson.com, ldo@severson.com, ljt@severson.com

Sunny K. Hur skh@severson.com

Patricia Lynn McClaran plm@severson.com

Ann Anh Phuong Nguyen aan@robinsonwood.com, rmv@robinsonwood.com

Shawn Robert Parr shawn@parrlawgroup.com, kathy@parrlawgroup.com, natalia@parrlawgroup.com, sujata@parrlawgroup.com

Ismael D. Perez easy@perezlawoffice.com

Richard Augustus Swenson rsloofwcd@aol.com

Jeffrey Paul Widman jpwidman@comcast.net

Timothy D. Widman tdwidman@comcast.net

Roger Dean Wintle rdw@hlgusa.com, mnw@hlgusa.com

Ramon Castillo
2616 Floyd Avenue
Modesto, CA 95355

Carlos Garcia
2301 Chrsyler Drive
Modesto, CA 95350

**\* Counsel are responsible for providing copies of this order to co-counsel.**

Dated:   1/30/08                               /s/ KRO
                              Chambers of Magistrate Judge Howard R. Lloyd

2