UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CIVIL MINUTE ORDER

HOWARD R. LLOYD   UNITED STATES MAGISTRATE JUDGE         CT. #2

DATE: February 4, 2008                CASE No.   C07-00369JF

CASE TITLE:  PHH Mortgage Corporation v. Landmark Real Estate Investments, Inc. et al

Courtroom Deputy: P. Cromwell         ERO:   FTR

APPEARANCES

For Plaintiff(s):                                 For Defendant(s):

 Suzanne Hankins                                   William Dresser, Ron Berki Ismael Perez, Marc Eisen hart, Roger Wintle, Shawn Parr, Robin Dakan, Jeffrey Widman

 Also present: Bill Attaway                        Also present: Hoa Nguyen, Alvin Sibernagel, Bertha Moreno, Jose Arellano, Hong Anh Nguyen, Michelle To, Lon Trinh

☒   Settlement Conference Held.  Complaint and cross-complaint mostly settled.. Terms recited on record. Recommend a further Case Management Conference to be scheduled before Judge Jeremy Fogel  in about 60 days.

☐   Settlement Conference Held.  Case did not settle.

☐   Settlement Conference Held (telephonic).  Further Settlement Conference to be scheduled:

Comments:

cc:
Chambers

Judge:                                                             Hours:   4.0