William C. Dresser  #104375
Richard Swenson    #221586
4 North Second Street, Suite 1230
San Jose, CA 95113-1307
Tel:    408\279-7529
Fax:    408\298-3306

Attorneys for Plaintiff
Landmark Home Mortgage, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Landmark Home Mortgage, Inc., | Action No. 07-CV-04654-JF |
| Plaintiff, | Declaration of William Dresser in Support of Request to Enter Default Against Defendant Atlas Financial Services Inc. dba Atlas Financial Services and Atlas Realty |
| vs. | |
| Guillermo Flores, Alvin Silbernagel, Atlas Financial Services, Inc. dba Atlas Financial Services and Atlas Realty, Bertha Moreno, Jose Arrellano, Robert W. Peterson, individually and dba Peterson Appraisal Group, and Does 1 through 50, | |
| Defendants. / | |

    I, William C. Dresser, declare that:

    1.  I am an attorney at law, duly authorized to practice in the State of California, and am the attorney of record for Plaintiff Landmark Home Mortgage, Inc. in the within action;

    2.  The following is stated of my own personal knowledge, except as to the matters stated on information and belief and as to those matters I believe them to be true, and if called to testify can and would testify competently thereto;

    3.  Plaintiff hereby requests that the Clerk of the above-entitled Court enter default on the Complaint in this matter in favor of Plaintiff Landmark Home Mortgage, Inc. against Defendant Atlas Financial Services Inc. dba Atlas Financial Services and Atlas Realty on

the ground that said defendant has failed to answer, appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure, or by the California Code of Civil Procedure.

4. Plaintiff served the Summons, Complaint, Statement of Damages as to exemplary damages, and state court Civil Case Notice on Defendant Atlas Financial Services Inc. on September 25, 2007, as evidenced by the proof of service of summons on file with this Court.

5. No answer, appearance or other response has been filed or served by Defendant Atlas Financial Services Inc. in either state or federal court, and no extensions of time to respond have been requested or granted.

6. Defendant Atlas Financial Services Inc. dba Atlas Financial Services and Atlas Realty is not an infant, incompetent or in active military service in that it is not a real person.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this Declaration was executed by me on February 6, 2008 at San Jose, California.

_____/s/_____
William C. Dresser
Attorneys for Plaintiff
Landmark Home Mortgage, Inc.

Land-Flo\Pld\DecDefAT.206