**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

February 8, 2008

RE:  CV 07-04654 JF          LANDMARK REAL ESTATE INVESTMENTS, INC-v-GUILLERMO FLORES, ET AL

Default is entered as to Defendant Atlas Financial Services Inc. dba Atlas Financial Services and Atlas Realty on 2/7/2008.

RICHARD W. WIEKING, Clerk

*Gordana Macic*

 by Gordana Macic
Case Systems Administrator

NDC TR-4  Rev. 3/89