UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANDMARK REAL ESTATE,<br>            Plaintiff,<br>V.<br>GUILLERMO FLORES,<br>            Defendant. | Case Number CV-07-4654-JF<br><br>Case Management Conference<br><br>March 7, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on March 7, 2008 at 10:30 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

February 12, 2008

For the Court
Richard W. Wieking, Clerk

By: ___/s/_____
Diana Munz
Courtroom Deputy Clerk