**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
————————
www.cand.uscourts.gov

Richard W. Wieking                                                          General Court Number
Clerk                                                                                        408.535.5364

February 8, 2008


RE:  CV 07-04654 JF          LANDMARK REAL ESTATE INVESTMENTS, INC-v-
GUILLERMO FLORES, ET AL



Default is entered as to Defendant Alvin Silbernagel on 2/7/2008.




                                        RICHARD W. WIEKING, Clerk

                                        *Gordana Macic*


                                        by Gordana Macic
                                        Case Systems Administrator




NDC TR-4  Rev. 3/89