**E-filed 2/28/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

LANDMARK REAL ESTATE INVESTMENTS,

                                       No. C-07-4654-JF

    Plaintiff,

     v.                             Clerks's Notice

GUILLERMO FLORES,

    Defendant.
_____

To: All Counsel and Parties in the above named action.


The Court has rescheduled the Case Management Conference
currently scheduled for March 7, 2008. The new hearing date is
Friday, April 25, 2008 at 10:30 AM.   The parties may appear by
telephone by contacting Court Call at 866-582-6878 in advance of
the hearing.

Please to report to Courtroom 3, on the 5th floor, United States
District Courthouse, 280 South First Street, San Jose, CA 95113.



Dated: 2/28/08                   For the Court,
                                 Richard W. Wieking, Clerk

                                 Diana Munz
                                 electronic signature
                                 Courtroom Deputy