William C. Dresser  #104375
Richard Swenson   #221586
Law Offices of William C. Dresser
4 North Second Street, Suite 1230
San Jose, CA 95113-1307
Tel:   408\279-7529
Fax:   408\298-3306

Attorneys for Plaintiff
Landmark Home Mortgage, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Landmark Home Mortgage, Inc., | Action No. 07-CV-04654-JF |
| Plaintiff, | Joint Case Management Conference Statement |
| vs. | Date:   April 25, 2008 |
| Guillermo Flores, Alvin Silbernagel, Atlas Financial Services, Inc. dba Atlas Financial Services and Atlas Realty, Bertha Moreno, Jose Arrellano, Robert W. Peterson, individually and dba Peterson Appraisal Group, and Does 1 through 50, | Time:   10:30 a.m.<br>Crtrm:   3, Fifth Floor<br>Hon. Judge Jeremy Fogel |
| Defendants. | |

Plaintiff Landmark Home Mortgage, Inc., Defendants Robert W. Peterson, individually and dba Peterson Appraisal Group, and Defendants Jose Arrellano and Bertha Moreno hereby submit the following Joint Case Management Statement and Proposed Case Management Plan in connection with the Case Management Conference of April 25, 2008.

The following are the sole changes in this case since the last Case Management Conference of December 21, 2007.

**1. Jurisdiction**

The motion for remand filed by Plaintiff Landmark Home Mortgage, Inc. was taken under submission. Plaintiff contends that an additional basis for remand exists in that the basis of claimed jurisdiction, being pendent jurisdiction to a complaint in the deemed

related case of PHH v Landmark, action No. C070369 JF, no longer exists in that the claims by PHH Mortgage Corporation fka Cendant Mortgage Corporation have been resolved by settlement. There is no diversity of jurisdiction in that case.

Defendants Jose Alfredo Arellano and Bertha Moreno would not object to this case being remanded to state court.

### 2. Party Defendants

Motions for default and proposed Orders for default on the Complaint against Atlas Financial Services, Inc., against Alvin Silbernagel, and against Guillermo Flores were granted and defaults issued.

Robin Dakan, counsel for Silbernagel and Atlas have advised counsel for Plaintiff Landmark Home Mortgage, Inc. that these defendants will likely file motions to set aside default if there is no stipulation for setting aside the defaults against them. Plaintiff's counsel is awaiting a letter stating the basis for setting aside the defaults.

### 3. ADR

Counsel for all parties other than defaulted defendant Flores discussed following the last Case Management Conference reaching an agreement for an early settlement conference or mediation. No further action has been taken in this regard.

Dated: April 23, 2008

/s/
William C. Dresser
Attorneys for Plaintiff
Landmark Home Mortgage, Inc.

Dated: April 24, 2008

Roger Dean Wintle
Attorneys for Defendants
Bertha Moreno and Jose Arrellano

Dated: April 24, 2008

Liam O'Connor
Attorneys for Defendant
Robert W. Peterson, individually and dba Peterson Appraisal Group

Land-Flo\Pld\JtCMCFlor.423

Landmark Home Mortgage, Inc. v. Flores, et al; US Dist Ct, N.D. Cal. 07-CV-04654-JF
Joint Case Management Conference Statement    2

04/24/2008  09:16  4082983396  LAW OFFICES OF WILLI  PAGE  02/02

1  related case of PHH v Landmark, action No. C070369 JF, no longer exists in that the
2  claims by PHH Mortgage Corporation fka Cendant Mortgage Corporation have been
3  resolved by settlement. There is no diversity of jurisdiction in that case.
4      Defendants Jose Alfredo Arellano and Bertha Moreno would not object to this case
5  being remanded to state court.

**2. Party Defendants**

6      Motions for default and proposed Orders for default on the Complaint against Atlas
7  Financial Services, Inc., against Alvin Silbernagel, and against Guillermo Flores were
8  granted and defaults issued.
9      Robin Dakan, counsel for Silbernagel and Atlas have advised counsel for Plaintiff
10 Landmark Home Mortgage, Inc. that these defendants will likely file motions to set aside
11 default if there is no stipulation for setting aside the defaults against them. Plaintiff's
12 counsel is awaiting a letter stating the basis for setting aside the defaults.

**3. ADR**

14     Counsel for all parties other than defaulted defendant Flores discussed following
15 the last Case Management Conference reaching an agreement for an early settlement
16 conference or mediation. No further action has been taken in this regard.

17 Dated: April 23, 2008

/s/
William C. Dresser
Attorneys for Plaintiff
Landmark Home Mortgage, Inc.

21 Dated: April 24, 2008

Roger Dean Wintle
Attorneys for Defendants
Bertha Moreno and Jose Arrellano

24 Dated: April 24, 2008

Liam O'Connor
Attorneys for Defendant
Robert W. Peterson, individually and dba Peterson
Appraisal Group

28 Land-Flo\Pld\JtCMCFlor.423

Landmark Home Mortgage, Inc. v. Flores, et al; US Dist Ct, N.D. Cal. 07-CV-04654-JF
Joint Case Management Conference Statement                                    2

04/24/2008  09:15  4082983306        LAW OFFICES OF WILLI                    PAGE  02/02