**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

May 1, 2008

Superior Court of California
County of Santa Clara
191 North First Street
San Jose, CA 95113-1307

RE:  <u>CV 07-04654 JF     LANDMARK REAL ESTATE INVESTMENTS, INC-v-GUILLERMO FLORES, ET AL</u>
      Your Case Number: <u>(1-07-CV-090658)</u>

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (X)    Certified copies of docket entries

        (X)    Certified copies of Remand Order

        ()    Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        *[signature]*

        by: <u>Gordana Macic</u>
        Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg