**FILED**

2008 MAY -9 P 3:12

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

2008 MAY -7 P 1:32

ENDORSED

S. GANCAYCO

May 1, 2008

Superior Court of California
County of Santa Clara
191 North First Street
San Jose, CA 95113-1307

RE: <u>CV 07-04654 JF    LANDMARK REAL ESTATE INVESTMENTS, INC-v-GUILLERMO FLORES, ET AL</u>
    Your Case Number: (1-07-CV-090658)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)    Certified copies of docket entries

(X)    Certified copies of Remand Order

( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: <u>Gordana Macic</u>
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg